**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7547**

SHAWN WAYNE HILL,

            Plaintiff - Appellant,

        v.

SCOTT SIMMS, Sheriff; SHERYL ROSS; CARL PETTERSON; MARK
WILT; CHARLES DENNY; JEFF FIELDS; MASON COUNTY SHERIFF'S
DEPARTMENT; MASON COUNTY,

            Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Huntington. Robert C. Chambers,
District Judge. (3:07-cv-00349)

Submitted:  March 15, 2011            Decided:  March 18, 2011

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Shawn Wayne Hill, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawn Wayne Hill appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Hill v. Simms, No. 3:07-cv-00349 (S.D.W. Va. Sept. 30, 2010).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED